**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**CHARLES GASPARD (#579511)**

**VERSUS**

**ALAN J. ROBERT, ET AL.**

**CIVIL ACTION**

**NO. 16-788-JWD-RLB**

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 6, 2016, to which no objection was filed:

**IT IS ORDERED** that the plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (R. Doc. 2) is denied, and that this matter be referred back to the Magistrate Judge for initial screening of the plaintiff's Complaint and pauper status.

Signed in Baton Rouge, Louisiana, on <u>January 5, 2017</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**